UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASMINE ROBERTSON,
                Plaintiff(s)

23 civ 9428 (JGK)

    -against-

COUTURE HOUSE RENTALS, LLC.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The Court's docket indicates that the time for the defendant to respond to the complaint is past due.

The plaintiff shall ~~serve~~ submit default papers, pursuant to this Court's rules, by **February 7, 2024.** The defendant shall respond to the default papers by **February 14, 2024.** The plaintiff shall submit any reply by **February 16, 2024.**

**The defendant is advised that failure to respond to the motion may be grounds for a default judgment being entered against it, in which event the defendant will have no trial.**

The plaintiff shall file proof of service of the default papers by **February 7, 2024.** The conference scheduled for February 1, 2024, is canceled.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 24, 2024