UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE ROBERTSON,

        Plaintiff,        23-cv-9428 (JGK)

- against -        ORDER

COUTURE HOUSE RENTALS, LLC,

        Defendant.

---

JOHN G. KOELTL, District Judge:

The time for the defendant to answer was March 15, 2024. ECF No. 8. To date, no answer has been filed. The time to answer is extended to **May 15, 2024.**

SO ORDERED.

Dated:    New York, New York
          March 20, 2024

                                        John G. Koeltl
                                  United States District Judge

1