UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE ROBERTSON,

                 Plaintiff,

      - against -

COUTURE HOUSE RENTALS, LLC,

               Defendant.

23-cv-9428 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **May 24, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:     New York, New York
           April 29, 2024

                                 _____
                                   John G. Koeltl
                      United States District Judge