UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE ROBERTSON,

               Plaintiff,          23-cv-9428 (JGK)

  - against -                     ORDER

COUTURE HOUSE RENTALS, LLC,

               Defendant.

---

**JOHN G. KOELTL, District Judge:**

    By Order dated May 27, 2024 (ECF No. 12), after the Court was advised of the death of the plaintiff, the Court extended the time for the substitution of a successor or representative of the plaintiff for 90 days. That time for substitution having expired and no successor or representative of the plaintiff having been substituted, this action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 25(a).

SO ORDERED.

Dated:    New York, New York
           September 10, 2024

                                      John G. Koeltl
                               United States District Judge